UNITED STATES BANKRUPTCY COURT                    SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 25-90498 (ARP) |
|---|---|---|---|
| Debtor | In Re: | | Anthology Inc., et al. |

This lawyer, who is admitted to the State Bar of _____ New York _____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Amber A. Leary<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>(212) 450-4000<br>NY 5756606 |
|---|---|

Seeks to appear as the attorney for this party:

| Ad Hoc Group | |
|---|---|
| Dated: 9/30/2025 | Signed: /s/ Amber A. Leary |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. | |
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                        United States Bankruptcy Judge