**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ANTHOLOGY INC., et al.,[1] | ) Case No. 25-90498 (ARP) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Pauline Aragon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On October 16, 2025, at my direction and under my supervision employees of Stretto caused the following document to be served via first-class mail on State of Nevada at 505 E Capovilla Ave, #F, Las Vegas, NV 89119-4340, pursuant to USPS forwarding instructions:

- **Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief** (Docket No. 8)

Furthermore, on October 17, 2025, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on two (2) confidential parties not included herein:

- **Notice of Chapter 11 Bankruptcy Cases** (attached hereto as **Exhibit A**)

- **Stakeholder Notice of Commencement Cover Letter** (attached hereto as **Exhibit B**)

Furthermore, on October 20, 2025, at my direction and under my supervision employees of Stretto caused the following document to be served via first-class mail on one (1) confidential party not included herein, pursuant to USPS forwarding instructions:

- **Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets, (II) Scheduling Certain Dates With Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving the Stalking Horse Agreements and Bid Protections, (V) Approving Contract Assumption and Assignment Procedures, (VI) Authorizing the Sale of Assets Free and Clear, and (VII) Granting Related Relief** (Docket No. 24)

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Anthology. The location of Debtor Anthology Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 5201 Congress Avenue, Boca Raton, Florida 33487.

- **Declaration of Jitesh Jeswani in Support of Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets, (II) Scheduling Certain Dates With Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving the Stalking Horse Agreements and Bid Protections, (V) Approving Contract Assumption and Assignment Procedures, (VI) Authorizing the Sale of Assets Free and Clear, and (VII) Granting Related Relief** (Docket No. 25)

Furthermore, on or before October 21, 2025, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit C**, and on eighty-two (82) confidential parties not included herein:

- **Notice of Chapter 11 Bankruptcy Cases** (attached hereto as **Exhibit A**)

Furthermore, on or before October 21, 2025, at my direction and under my supervision employees of Stretto caused the following document to be served via first-class mail on three (3) confidential parties not included herein, pursuant to USPS forwarding instructions:

- **Debtors' Motion for Entry of an Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief** (Docket No. 103)

Furthermore, on October 21, 2025, at my direction and under my supervision employees of Stretto caused the following document to be served via first-class mail on one (1) confidential party not included herein, pursuant to USPS forwarding instructions:

- **Notice of Chapter 11 Bankruptcy Cases** (attached hereto as **Exhibit A**)

Furthermore, on October 21, 2025, at my direction and under my supervision employees of Stretto caused the following documents to be served via first-class mail on one (1) confidential party not included herein, pursuant to USPS forwarding instructions:

- **Debtors' Emergency Motion for Entry of an Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness With Respect to Common Stock and (II) Granting Related Relief** (Docket No. 19)

- **Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief** (Docket No. 90)

Dated: October 27, 2025

*/s/ Pauline Aragon*
Pauline Aragon
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(800)634-7734
TeamAnthology@stretto.com

# Exhibit A

| Information to identify the case: | | |
|---|---|---|
| Debtor:   Anthology Inc., et al.,<br>                Name | EIN: | 65-0518155 |
| United States Bankruptcy Court for the Southern District of Texas | | |
| Case Number:    25-90498 (ARP) | Date case filed for Chapter 11:September 29-30, 2025 | |

Official Form 309F1 (For Corporations or Partnerships)

**Notice of Chapter 11 Bankruptcy Case** **10/20**

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code.  An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines.  Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities.  This means that creditors generally may not take action to collect debts from the debtor or the debtor's property.  For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor.  Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt.  A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice.  (See line 11 below for more information.)

To protect your rights, consult an attorney.  All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

  **The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

1.  **Debtors' full name:  See chart below.**

     **List of Jointly Administered Cases**

| NO. | DEBTOR | ADDRESS | CASE NO. | EIN # |
|---|---|---|---|---|
| 1 | Anthology Inc. | 5201 Congress Avenue,<br>Boca Raton, FL 33487 | 25-90498 (ARP) | 65-0518155 |
| 2 | Academic Management Systems, LLC | 5201 Congress Avenue,<br>Boca Raton, FL 33487 | 25-90506 (ARP) | 32-0514470 |
| 3 | Admissions US, LLC | 5201 Congress Avenue,<br>Boca Raton, FL 33487 | 25-90497 (ARP) | 13-3730872 |
| 4 | Anthology Inc. of Missouri | 5201 Congress Avenue,<br>Boca Raton, FL 33487 | 25-90509 (ARP) | 03-0417416 |
| 5 | Anthology Inc. of NY | 5201 Congress Avenue,<br>Boca Raton, FL 33487 | 25-90510 (ARP) | 36-4819680 |
| 6 | APPLYYOURSELF, INC. | 5201 Congress Avenue,<br>Boca Raton, FL 33487 | 25-90511 (ARP) | 54-1614570 |
| 7 | Astra Acquisition Corp. | 9 West 57th Street<br>New York, NY 10019 | 25-90503 (ARP) | 84-4477137 |
| 8 | Astra Intermediate Holding Corp. | 9 West 57th Street<br>New York, NY 10019 | 25-90504 (ARP) | 88-2294903 |
| 9 | AY Software Services, Inc. | 5201 Congress Avenue,<br>Boca Raton, FL 33487 | 25-90512 (ARP) | 20-5756249 |
| 10 | Bb Acquisition Corp. | 11720 Plaza America Dr.,<br>11th Floor,<br>Reston, VA 20190 | 25-90513 (ARP) | 03-0403731 |
| 11 | Bb Management LLC | 11720 Plaza America Dr.,<br>11th Floor,<br>Reston, VA 20190 | 25-90514 (ARP) | 30-0043428 |

Official Form 309F1 (For Corporations or Partnerships)     **Notice of Chapter 11 Bankruptcy Case**

| 12 | Blackboard Campuswide of Texas, Inc. | 11720 Plaza America Dr., 11th Floor, Reston, VA 20190 | 25-90495 (ARP) | 13-4054509 |
|----|--------------------------------------|-------------------------------------------------------|----------------|------------|
| 13 | Blackboard Collaborate Inc. | 11720 Plaza America Dr., 11th Floor, Reston, VA 20190 | 25-90516 (ARP) | 13-4007629 |
| 14 | Blackboard Holdings, LLC | 11720 Plaza America Dr., 11th Floor, Reston, VA 20190 | 25-90500 (ARP) | 45-4112930 |
| 15 | Blackboard International LLC | 11720 Plaza America Dr., 11th Floor, Reston, VA 20190 | 25-90520 (ARP) | N/A |
| 16 | Blackboard LLC | 5201 Congress Avenue, Boca Raton, FL 33487 | 25-90499 (ARP) | 52-2081178 |
| 17 | Blackboard Student Services Inc. | 11720 Plaza America Dr., 11th Floor, Reston, VA 20190 | 25-90516 (ARP) | 20-0194636 |
| 18 | Blackboard Super Holdco, LLC | 11720 Plaza America Dr., 11th Floor, Reston, VA 20190 | 25-90501 (ARP) | 45-4112750 |
| 19 | Blackboard Tennessee LLC | 11720 Plaza America Dr., 11th Floor, Reston, VA 20190 | 25-90517 (ARP) | 52-2081178 |
| 20 | Campus Management Acquisition Corp. | 5201 Congress Avenue, Boca Raton, FL 33487 | 25-90505 (ARP) | 26-1663324 |
| 21 | Edcentric Holdings LLC | 5201 Congress Avenue, Boca Raton, FL 33487 | 25-90502 (ARP) | 47-1913775 |
| 22 | Edcentric Midco, Inc. | 5201 Congress Avenue, Boca Raton, FL 33487 | 25-90507 (ARP) | 36-4822163 |
| 23 | Edcentric, Inc. | 5201 Congress Avenue, Boca Raton, FL 33487 | 25-90508 (ARP) | 47-1914943 |
| 24 | Higher One Real Estate SP, LLC | 11720 Plaza America Dr., 11th Floor, Reston, VA 20190 | 25-90518 (ARP) | 27-3686380 |
| 25 | MyEdu Corporation | 11720 Plaza America Dr., 11th Floor, Reston, VA 20190 | 25-90519 (ARP) | 74-2982621 |
| 26 | Orgsync, Inc. | 5201 Congress Avenue, Boca Raton, FL 33487 | 25-90496 (ARP) | 37-1498694 |
| 27 | Perceptis, LLC | 11720 Plaza America Dr., 11th Floor, Reston, VA 20190 | 25-90521 (ARP) | 13-4282265 |

| | |
|---|---|
| **2.** | **All other names used in the last 8 years:  See Rider 1.** |
| **3.** | **Address: See chart above.** |
| **4.** | **Debtors' attorneys:** |

**Haynes and Boone, LLP**
Charles A. Beckham, Jr.
Arsalan Muhammad
Kourtney Lyda
Re'Necia Sherald
1221 McKinney Street, Suite 4000
Houston, Texas 77010
Telephone:   (713) 547-2000
Facsimile:   (713) 547-2600
Email:          charles.beckham@haynesboone.com
                   arsalan.muhammad@haynesboone.com
                   kourtney.lyda@haynesboone.com
                   renecia.sherald@haynesboone.com
      -and-

Debtors' notice and claims agent (for court documents and case information inquiries):

**Case Website**:
https://cases.stretto.com/Anthology
**Email**: AnthologyInquiries@stretto.com
**Telephone**:   (833) 882-2627  (Toll-free)
                       +1 (949) 617-2255 (International)

**If by First-Class Mail:**
Anthology Inc. Processing Center
Anthology Inc. c/o Stretto, Inc.
410 Exchange, Suite 100
Irvine, CA 92602

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Chad J. Husnick, P.C. (*pro hac vice* admitted)
Charles B. Sterrett (*pro hac vice* admitted)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:         chad.husnick@kirkland.com
                  charles.sterrett@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Melissa Mertz (admission *pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:         melissa.mertz@kirkland.com

*Proposed Co-Counsel to the Debtors*
*and Debtors in Possession*

**If by Hand Delivery or Overnight Mail:**
Anthology Inc. Processing Center
Anthology Inc. c/o Stretto, Inc.
410 Exchange, Suite 100
Irvine, CA 92602

| | | | |
|---|---|---|---|
| **5.** | **Bankruptcy Clerk's Office**<br>Documents in this case may be filed at this address.<br><br>You may inspect all records filed in this case at this office or online at www.pacer.gov | **United States Courthouse**<br>**515 Rusk Street**<br>**Houston, Texas 77002**<br><br>All documents in this case are available free of charge on the website of the Debtors' notice and claims agent at https://cases.stretto.com/Anthology | **Hours Open:  Monday - Friday**<br>**8:00 AM - 4:00 PM CT**<br> **Contact phone:  713-250-5500** |
| **6.** | **Meeting of Creditors**<br><br><br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **November 5, 2025, at 1:00 p.m.**<br>**(prevailing Central Time)**<br><br>The meeting may be continued or adjourned to a later date.  If so, the date will be on the court docket. | **Location:**<br>**Telephone Conference Call**<br><br>**Dial:  888-330-1716**<br>**Code:  7125797** |
| **7.** | **Proof of Claim Deadline:** | **Deadline for filing proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• Your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• You file a proof of claim in a different amount; or<br>• You receive another notice. | **Not yet set.  A deadline will be set by court order; you will receive another notice when the deadline is set.** |

Official Form 309F1 (For Corporations or Partnerships)                    **Notice of Chapter 11 Bankruptcy Case**

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

| | | |
|---|---|---|
| 8. | **Exception to discharge deadline**<br><br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:  Not applicable** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

Official Form 309F1 (For Corporations or Partnerships)          **Notice of Chapter 11 Bankruptcy Case**

**Rider 1**
**Other Names Used in the Last 8 Years**

| Current Entity Name | Other Entity Name |
|---|---|
| Anthology Inc. | Campus Management Corp. |
| Anthology Inc. of Missouri | Imodules Software, Inc. |
| Anthology Inc. of NY | Campus Labs, Inc. |
| Blackboard Holdings, LLC | Blackboard Holdings, Inc. |
| Blackboard LLC | Blackboard Inc. |
| Blackboard Super Holdco, LLC | Blackboard Super Holdco, Inc. |

# Exhibit B

Dear Valued Stakeholder,

On September 29, 2025, Anthology embarked on a strategic transformation to position our edtech solutions for long-term growth. Backed by leading investors, Anthology will align its focus on its core Teaching & Learning business (comprised of Blackboard, Ally, Illuminate, and Institutional Effectiveness) and strengthen its balance sheet by recapitalizing the business on a stand-alone, debt-free basis.

We have also entered into purchase agreements to implement strategic divestitures of our Enterprise Operations, Lifecycle Engagement, and Student Success businesses to ensure their capabilities are realigned for sustainable growth, allowing them to thrive for the long-term.

To facilitate the process, Anthology filed voluntary petitions under chapter 11 of the U.S. Bankruptcy Code in the U.S. Bankruptcy Court for the Southern District of Texas. Anthology also filed certain pleadings with the bankruptcy court to keep Anthology fully operational throughout this process.

We are required to distribute certain legal documents and notices during the bankruptcy case; certain of those documents are enclosed. These materials notify relevant company stakeholders, including current and former employees, customers, partners, vendors, and other contract counterparties of the chapter 11 filing and provide additional information about the case. These materials are standard in chapter 11 bankruptcies.

**To be clear, Anthology is operating as usual. These notices do not change anything about your current relationship with Anthology**. As the chapter 11 cases progress, you may continue to receive mailings regarding certain case updates. We advise that you review them to ensure you are aware of your rights during this process and any actions you may need to take.

We are committed to keeping our stakeholders informed. The Company has created a dedicated website for stakeholders to learn about its restructuring process at https://connect-anthology-com.sandbox.hs-sites.com/anthologyrestructuring.com. Additional information about Anthology's chapter 11 case, including Bankruptcy Court filings and other documents related to the restructuring process, is available at https://cases.stretto.com/Anthology, or by contacting Stretto, Inc., the company's noticing and claims agent, at (833) 882-2627 (toll-free) and (949) 617-2255 (international).

Thank you for your support,

Anthology

# Exhibit C



**Exhibit C**
Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| City of Spartanburg | 295 E Main St | | Spartanburg | SC | 29302-1932 |
| Littler Mendelson Pc | 101 2nd St | Fl 10 | San Francisco | CA | 94105-3606 |
| Openprise, Inc. | 1850 Gateway Dr | Ste 200 | San Mateo | CA | 94404-4061 |
| Silicon Valley Bank (SVB) | 2625 Augustine Dr | Ste 301 | Santa Clara | CA | 95054-2956 |
| Workrails, Inc. | 311 S Wacker Dr | Ste 2300 | Chicago | IL | 60606-6675 |

In re: Anthology Inc., et al.
Case No. 25-90498 (ARP)