**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ANTHOLOGY INC., *et al.*,[1] | ) ) | Case No. 25-90498 (ARP) |
| Debtors. | ) ) ) | (Jointly Administered) |

**DEBTORS' NOTICE OF FILING NOTICE OF DEADLINES FOR THE FILING OF PROOFS OF CLAIM, INCLUDING REQUESTS FOR PAYMENT PURSUANT TO SECTION 503(B)(9) OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on September 29, 2025, (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") commenced filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 with the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on November 12, 2025, the Court entered the *Order (I) Establishing Deadlines for the Filing of Proofs of Claim, (II) Approving the Form and Manner of Notice Thereof, (III) Approving the Form and Manner for Filing Proofs of Claim, and (IV) Granting Related Relief* [Docket No. 284] (the "Bar Date Order"). Attached to the Bar Date Order, as Exhibit 2, is a form of the *Notice of Deadlines for the Filing of Proofs of Claim, Including Requests for Payment Pursuant to Section 503(b)(9) of the Bankruptcy Code* (the "Bar Date Notice").

**PLEASE TAKE FURTHER NOTICE** that the Debtors' claims and noticing agent, Stretto, Inc., served the Bar Date Notice pursuant to the Bar Date Order.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A**, is the Bar Date Notice, as served on the appropriate parties.

[*Remainder of page intentionally blank*]

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Anthology. The location of Debtor Anthology Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 5201 Congress Avenue, Boca Raton, Florida 33487.

4930-7641-6890

Houston, Texas
November 13, 2025

| | |
|---|---|
| /s/ *Charles A. Beckham, Jr.* | |
| **HAYNES AND BOONE, LLP** | **KIRKLAND & ELLIS LLP** |
| Charles A. Beckham, Jr. (TX Bar No. 02016600) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Arsalan Muhammad (TX Bar No. 24074771) | Chad J. Husnick, P.C. (admitted *pro hac vice*) |
| Kourtney Lyda (TX Bar No. 24013330) | Charles B. Sterrett (admitted *pro hac vice*) |
| Re'Necia Sherald (TX Bar No. 24121543) | 333 West Wolf Point Plaza |
| 1221 McKinney Street, Suite 4000 | Chicago, Illinois 60654 |
| Houston, Texas 77010 | Telephone: (312) 862-2000 |
| Telephone: (713) 547-2000 | Facsimile: (312) 862-2200 |
| Facsimile: (713) 547-2600 | Email: chad.husnick@kirkland.com |
| Email: charles.beckham@haynesboone.com | charles.sterrett@kirkland.com |
| arsalan.muhammad@haynesboone.com | |
| kourtney.lyda@haynesboone.com | - and - |
| renecia.sherald@haynesboone.com | |
| | Melissa Mertz (admitted *pro hac vice*) |
| - and - | 601 Lexington Avenue |
| | New York, New York 10022 |
| Charles M. Jones II (TX Bar No. 24054941) | Telephone: (212) 446-4800 |
| 2801 North Harwood Street, Suite 2300 | Facsimile: (212) 446-4900 |
| Dallas, TX 75201 | Email: melissa.mertz@kirkland.com |
| Telephone: (214) 651-5000 | |
| Facsimile: (214) 651-5940 | |
| Email: charlie.jones@haynesboone.com | |
| | |
| *Proposed Co-Counsel to the Debtors* | *Proposed Co-Counsel to the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |

## Certificate of Service

I certify that on November 13, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas and will be served as set forth in the Affidavit of Service to be filed by the Debtors' noticing agent.

/s/ *Charles A. Beckham, Jr.*
Charles A. Beckham, Jr.

4930-7641-6890                                 2