**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>ANTHOLOGY, INC., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 25-90498 (ARP)<br><br>(Jointly Administered) |

## FRONTIER NURSING UNIVERSITY, INC.'S RESERVATION OF RIGHTS TO DEBTORS' PROPOSED SALE ORDERS AND NOTICES OF ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Frontier Nursing University, Inc. ("FNU"), by its undersigned counsel, submits this reservation of rights (this "Reservation of Rights") to *Debtors' Notice of Filing Proposed Order (I) Approving the Sale of Certain of Anthology Inc.'s Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith and (III) Granting Related Relief* [Docket No. 422] and *Debtors' Notice of Filing Proposed Order (I) Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith and (III) Granting Related Relief* [Docket No. 423] (collectively, the "Proposed Sale Orders"). In support of the Reservation of Rights, FNU respectfully states:

### BACKGROUND

1.    On September 29, 2025 (the "Petition Date"), the above-captioned debtors (the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (this "Court").

2.    Upon information and belief, the Debtors are operating their businesses as

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Anthology. The location of Debtor Anthology Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 5201 Congress Avenue, Boca Raton, Florida 33487.

debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      On November 12, 2025, the Court entered its *Order (I) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets, (II) Scheduling Certain Dates With Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving the Stalking Horse Agreements and Bid Protections, (V) Approving Contract Assumption and Assignment Procedures, (VI) Authorizing the Sale of Assets Free and Clear, and (VII) Granting Related Relief* [Docket No. 283] (the "<u>Bidding Procedures Order</u>") which authorized the Debtors to solicit and select the highest or best offer(s) for substantially all of their assets.

4.      On November 14, 2025, the Debtors filed their *Notice of Successful Bidders* [Docket No. 419], stating that (i) Ellucian Company LLC was designated as the Successful Bidder for the Enterprise Operations Asset Package, and (ii) Encoura LE LLC was designated as the Successful Bidder for both the Lifecycle Engagement Asset Package and the Student Success & Other Asset Packages (collectively, the "<u>Asset Sales</u>").[2]

5.      On November 14, 2025, the Debtors filed the Proposed Sale Orders in connection with the Asset Sales. These filings included orders not only approving the Asset Sales free and clear of liens, claims, interests, and encumbrances, but also information specifically addressing the assumption and assignment of executory contracts and unexpired leases related to the Asset Sales.

6.      Frontier and the Debtors are parties to that certain Master Agreement, effective July 1, 2023 (the "<u>Agreement</u>"), whereby the Debtors provide cloud-based software support and related professional services.

7.      To date, the Debtors have not specified in any filings, including the Proposed Sale Orders, whether the Agreement will be assumed and assigned as part of the Asset Sales.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

## RESERVATION OF RIGHTS

8.     Counsel for FNU contacted counsel for the Debtors regarding the potential assumption and assignment of the Agreement in connection with the Proposed Sale Orders. Based on information and belief, the Agreement will not be assumed and assigned in connection with the Proposed Sale Orders. However, FNU submits this Reservation of Rights out of an abundance of caution to ensure its interests are protected.

9.     To the extent that the Agreement is proposed to be assumed and assigned in connection with the Asset Sales, or at any point in the future in this proceeding, FNU reserves its rights to object to the assumption and assignment on any and all grounds, including any proposed cure amount.

Date:     November 19, 2025                          Respectfully submitted,

                                                     **FROST BROWN TODD LLP**

                                          By:   */s/ A.J. Webb*
                                                A.J. Webb
                                                301 East Fourth Street
                                                3300 Great American Tower
                                                Cincinnati, Ohio 45202
                                                Tel: (513) 651-6800
                                                Fax: (513) 651-6981
                                                E-mail: awebb@fbtlaw.com

                                                *Counsel for*
                                                *Frontier Nursing University, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of November 2025, a true and correct copy of the foregoing ***Frontier Nursing University, Inc.'s Reservation of Rights to Debtors' Proposed Sale Orders and Notices of Assumption and Assignment of Executory Contracts and Unexpired Leases*** was sent via CM-ECF to all parties receiving electronic notice in this chapter 11 case.

*/s/ A.J. Webb*

A.J. Webb

0125326.0812763   4905-7301-5931v5

4